# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : No. 488 |
| | : |
| PROMULGATION OF CONSUMER | : JUDICIAL ADMINISTRATION DOCKET |
| PRICE INDEX PURSUANT TO 42 Pa.C.S. | : |
| §§ 1725.1(f) AND 3571(c)(4) | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2017, it is **ORDERED** pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and Section 3502(a) of the Judicial Code, 42 Pa.C.S. § 3502(a), that the Court Administrator of Pennsylvania is authorized to obtain and publish in the *Pennsylvania Bulletin* the percentage increase in the Consumer Price Index for calendar year 2016 as required by Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4) (as amended).